IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRED MOSBY**                                                                                      **PLAINTIFF**

v.                               5:08CV00297-WRW

**CITY OF REDFIELD**                                                      **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Dismiss Action Without Prejudice (Doc. No. 13). The Motion is GRANTED. This case is DISMISSED without prejudice. Each party will bear its own costs and fees.

IT IS SO ORDERED this 24th day of February, 2010.

                                                       /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE